JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNIFER G. HIGUERA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK, EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-4507-PA-PJW<br><br>[Hon. USDC Judge Percy Anderson]<br>[Hon. Magistrate Judge Patrick J. Walsh]<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:　May 19, 2020<br>FAC Filed:　　　July 28, 2020 |

It is hereby ordered that, pursuant to the stipulation of the parties, this action is dismissed with prejudice in its entirety, all parties to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: October 30, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　United States District Judge

– 1 –
ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE